1  DAYLE ELIESON
   Acting United States Attorney
2  District of Nevada
   Nevada Bar No. 2137
3  MARCELO ILLARMO, MABN 670079
   Special Assistant United States Attorney
4  160 Spear Street, Suite 800
   San Francisco, California 94105
5  Telephone: (415) 977-8944
6  Facsimile: (415) 744-0134
   E-Mail: Marcelo.Illarmo@ssa.gov
7  Attorneys for Defendant

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| THOMAS P. GAGLIARDI<br><br>Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>Defendant. | Case No.: 2:17-cv-02009-RFB-CWH<br><br>UNOPPOSED MOTION FOR EXTENSION OF TIME (FIRST REQUEST) |

## I. INTRODUCTION

Defendant Nancy A. Berryhill, Acting Commissioner of Social Security ("Defendant") respectfully requests that the Court extend the time for Defendant to file her response to Plaintiff's Motion for Reversal and/or Remand, due on January 16, 2018 by 30 days, through and including February 15, 2018.

Defendant respectfully requests this additional time because Defendant's counsel has a higher than normal workload. This request is made in good faith with no intention to unduly delay the proceedings.

Counsel for Defendant conferred with Plaintiff's counsel, who has no opposition to this motion, on January 11, 2018.

Dated: January 11, 2018.

Respectfully submitted

DAYLE ELIESON
Acting United States Attorney

*/s/ Marcelo Illarmo*
MARCELO ILLARMO
Special Assistant United States Attorney


IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: January 12, 2018

# CERTIFICATE OF SERVICE

I, Marcelo Illarmo, certify that the following individual(s) were served with a copy of the foregoing document on the date, and via the method of service, identified below:

**CM/ECF:**

David Chermol
E-mail: dave@ssihelp.us

Hal Taylor
Email: haltaylorlawyer@gbis.com

Dated *January 11, 2018*.

*/s/ Marcelo Illarmo*
**MARCELO ILLARMO**
Special Assistant United States Attorney